UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
Westchester Fire Insurance Company, :
                                    :
                Plaintiff,          :
         v.                         :  06 Civ. 13580 (BSJ)
                                    :
                                    :    **Order**
Zuhdi Karagjozi,                    :
                                    :
                Defendant.          :
------------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

     In a May 28, 2009 letter, counsel for Kara Homes, Inc., assignee to plaintiff Westchester Fire Insurance Company's claims for indemnification against defendant Zuhdi Karagjozi, advised the Court that it does not object to the dismissal of this action without prejudice. No other party has objected to such dismissal. The Court accordingly dismisses this action without prejudice and directs the Clerk of Court to close this case.

SO ORDERED:

                                             _____
                                             BARBARA S. JONES
                                             UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
            May 29, 2009